AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK | ) |
| *Plaintiff* | ) |
| v. | ) |
| ROBERT G. KRAMER | ) |
| *Defendant* | ) |

Case No.   1:26-cv-00991

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEOPLE OF THE STATE OF NEW YORK                                                                            .

Date:      02/05/2026

/s/ T. Austin Brown
*Attorney's signature*

Thomas Austin Brown 5298427
*Printed name and bar number*
Investor Protection Bureau
New York State Office of the Attorney General
28 Liberty St., New York, NY 10005

*Address*

ThomasAustin.Brown@ag.ny.gov
*E-mail address*

(646) 634-3021
*Telephone number*

(212) 416-8816
*FAX number*