AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-00991 |
| Robert G. Kramer | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, People of the State of New York                                                                                    .

Date:      02/05/2026

*Attorney's signature*

Nina M. Varindani NV1090
*Printed name and bar number*

28 Liberty Street
New York, NY 10005

*Address*

nina.varindani@ag.ny.gov
*E-mail address*

(212) 416-8488
*Telephone number*

*FAX number*