# Miller & Chevalier

**Kirby D. Behre**
Member
202-626-5960
kbehre@milchev.com

February 5, 2026

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   2/6/2026

Re:   *People of the State of New York v. Kramer*,
      Case No. 1: 26-cv-00991 (VSB) (SDA)

Dear Judge Broderick:

We write to you on behalf of both parties in the above-referenced matter. Pursuant to Rule 1.H of the Court's Individual Practices and Procedures, we jointly request an adjournment of the deadline for Defendant Robert G. Kramer ("Mr. Kramer") to respond to the Complaint.

Mr. Kramer's current deadline to respond to the Complaint is February 11, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C). The New York State Office of the Attorney General intends to move to remand this action to the Supreme Court for New York County. To promote efficiency and conserve the resources of both the Court and the parties, the parties request that Mr. Kramer's deadline to respond to the Complaint be adjourned until after the Court has ruled on the Office of Attorney General's forthcoming motion to remand, at which point the parties will propose a joint briefing schedule.

This is the parties' first request for any adjournment or extension of time in this action.

February 5, 2026
Page 2

Sincerely,

| | |
|---|---|
|   /s/ T. Austin Brown (with permission) |   /s/ Kirby D. Behre |
| T. Austin Brown | Kirby D. Behre (DC Bar #398461) |
| Assistant Attorney General | *Pro Hac Vice* Motion Pending |
| Investor Protection Bureau | MILLER & CHEVALIER CHARTERED |
| New York State Office of the Attorney General | 900 Sixteenth St. NW |
| 28 Liberty Street | Washington, DC 20006 |
| New York, NY 10005 | Tel. (202) 626-5800 |
| Tel. (212) 416-8521 | Fax. (202) 626-5801 |
| thomasaustin.brown@ag.ny.gov | kbehre@milchev.com |

*Counsel for People of the State of New York*

                                          Roland G. Riopelle (NYSB 2068161)
                                          SERCARZ & RIOPELLE, LLP
                                          950 Third Avenue, 31st Floor
                                          New York, NY 10022
                                          Tel. (212) 586-4900
                                          Fax.: (212) 586-1234
                                          rriopelle@sercarzandriopelle.com

                                          *Counsel for Defendant Robert G. Kramer*