# Miller & Chevalier

**Kirby D. Behre**
Member
202-626-5960
kbehre@milchev.com

March 16, 2026

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED _[signature]_
VERNON S. BRODERICK
U.S.D.J.    3/17/2026

Re:    *People of the State of New York v. Kramer*,
Case No. 1: 26-cv-00991 (VSB) (SDA)

Dear Judge Broderick:

As noted in our joint letter dated February 5, 2026, we write to you on behalf of both parties in the above-referenced matter to propose a joint briefing schedule for the New York State Office of the Attorney General's ("OAG") forthcoming motion to remand. Pursuant to Rule 1.H of the Court's Individual Practices and Procedures, we jointly request an extension of time of the briefing schedule.

The OAG intends to file their motion to remand on Friday, March 20, 2026. Under Local Civil Rule 6.1(b), Mr. Kramer's current deadline to respond to the motion is April 3, and the OAG's reply would then be due April 10.

Given the upcoming holidays, the parties jointly request an extension of time to file their briefs. Mr. Kramer requests an additional seven (7) days to file his opposition to the motion to remand, until April 10, 2026. If granted, the seven-day extension would make the OAG's reply due April 17, 2026. The OAG requests an extension of five (5) days to file their reply in support of their motion to remand, making the reply due on April 22, 2026. For clarity:

| Local Rule 6.1(b) Due Date | Time Requested | New Due Date Requested |
|---|---|---|
| Opposition due April 3, 2026 | 7 days | April 10, 2026 |
| Reply due April 17, 2026 (if Defendant's extension requested granted) | 5 days | April 22, 2026 |

March 16, 2026
Page 2


       This is the parties' first request for an adjournment or extension of time relating to Plaintiff's remand motion.  A prior request to extend Mr. Kramer's deadline to the respond to the Complaint was granted on February 6, 2026.


Sincerely,


*/s/ T. Austin Brown (with permission)*

T. Austin Brown
Assistant Attorney General
Investor Protection Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Tel. (212) 416-8521
thomasaustin.brown@ag.ny.gov

*Counsel for People of the State of New York*

*/s/ Kirby D. Behre*

Kirby D. Behre (DC Bar #398461)
  Admitted *Pro Hac Vice*
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
kbehre@milchev.com


Roland G. Riopelle (NYSB 2068161)
SERCARZ & RIOPELLE, LLP
950 Third Avenue, 31st Floor
New York, NY 10022
Tel. (212) 586-4900
Fax.: (212) 586-1234
rriopelle@sercarzandriopelle.com

*Counsel for Defendant Robert G. Kramer*