**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Oral Argument Requested**

|  |
|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, |
| Plaintiff, |
| v. |
| ROBERT G. KRAMER, |
| Defendant. |

No. 1:26-cv-00991-VSB

**NOTICE OF MOTION TO REMAND**

    **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Plaintiff, the People of the State of New York, by Letitia James, Attorney General of the State of New York, will move the Court, before the Honorable Vernon S. Broderick, at the United States Courthouse, 40 Foley Square, New York, NY 10007, as soon as counsel may be heard, for an Order under 28 U.S.C. § 1447(c) remanding this action to New York State Supreme Court, New York County. Plaintiff respectfully requests oral argument on the motion.

Dated:  March 20, 2026

Respectfully submitted,

LETITIA JAMES,
Attorney General of the State of New York


By:  */s/ Nina M. Varindani*
      Nina M. Varindani
      T. Austin Brown
      Assistant Attorneys General
      Investor Protection Bureau
      28 Liberty Street
      New York, NY 10005
      Tel: 212-416-8488
      Nina.Varindani@ag.ny.gov
      ThomasAustin.Brown@ag.ny.gov

      Steven J. Glassman
      Special Counsel in Economic Justice
      Economic Justice Division
      Steven.Glassman@ag.ny.gov


      *Counsel for Plaintiff the People of the
      State of New York*