**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York, | Case No. 1:26-cv-00991-VSB |
| Plaintiff, | **MOTION FOR ADMISSION PRO HAC VICE** |
| v. | |
| ROBERT G. KRAMER, | |
| Defendant. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert Cetrino, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Robert G. Kramer in the above-captioned action.

I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Washington, DC
April 21, 2026

Respectfully submitted,

*Robert Cetrino*

Robert Cetrino (DC Bar # 90017425)
MILLER & CHEVALIER CHARTERED
900 Sixteenth St., NW
Washington, DC 20006
Tel. (202) 626-1572
Fax. (202) 626-5801
Email: rcetrino@milchev.com