**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. KRAMER,<br><br>Defendant. | Case No. 1:26-cv-00991-VSB<br><br>**AFFIDAVIT OF ROBERT CETRINO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Robert Cetrino, being duly sworn, do hereby depose and say as follows:

1.      I am an Associate at Miller & Chevalier Chartered.

2.      I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.      As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia. *See* Exhibit 1.

4.      There are no pending disciplinary proceedings against me in any court. I have never been convicted of any felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      I am familiar with the Local Rules of United States District Courts for the Southern and Eastern District of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for Defendant.

Dated: Washington, DC
      April 21, 2026

Robert Cetrino

District of Columbia     )
                          ) ss:
                          )

Subscribed and sworn to before me this 21st day of April, 2026.

Notary Public
My Commission Expires:

KATHARINE V. TAFURI
Notary Public, District of Columbia
My Commission Expires 4/30/2028

2