**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---

PEOPLE OF THE STATE OF NEW YORK,
by Letitia James, Attorney General of the
State of New York,

                    Plaintiff,

v.

ROBERT G. KRAMER,

                    Defendant.

---

Case No. 1:26-cv-00991-VSB

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of ROBERT CETRINO, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of

Columbia; and that his contact information is as follows (please print):

    Applicant's Name: ROBERT CETRINO
    Firm Name: MILLER & CHEVALIER CHARTERED
    Address: 900 Sixteenth Street, NW
    City / State / Zip: Washington, DC 20006
    Tel.: (202) 626-1572
    Fax.: (202) 626-5801

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: _____      _____

                                       United States District/Magistrate Judge