AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-00991 (VSB/SDA) |
| ROBERT G. KRAMER | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Robert G. Kramer                                                                                   .

Date:      04/21/2026

/s/ Alexandria M. Westbrook
*Attorney's signature*

Alexandria M. Westbrook (NYSB #6168736)
*Printed name and bar number*
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Washington, DC 20006

*Address*

awestbrook@milchev.com
*E-mail address*

(202) 626-6049
*Telephone number*

(202) 626-5801
*FAX number*